[No. 11327-5-I.   Division One.   May 16, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. LESLIE
JAMES PRICE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81-1-01057-8, Peter K. Steere, J., entered
February 9, 1982. *Affirmed* by unpublished opinion per

Andersen, C.J., concurred in by Williams and Scholfield, JJ.